# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 25 1415

2. Case Caption (Short Title): John Does, et al v. Michigan State Police, et al

3. Argument is scheduled for 9:00 a.m. *(time)* on Tuesday, July 21, 2026 *(day, date)* and will be held:

   [✔] Live (In Person)      [ ] by Video      [ ] by Telephone

4. I, Eric Jamison , will be presenting argument on behalf of:

   [ ] Appellant / Petitioner      [ ] Amicus Curiae      [ ] Other (please specify below):

   [✔] Appellee / Respondent      [ ] Intervenor      _____

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s):

   | |
   |---|
   | Governor Gretchen Whitmer, Colonel James Grady II, Brian Shipman, Anthony King, Timothy Flanagan, Aaron Dungy, Cynthia Garcia-Weakley, Paula Johnson, Crissa Blankenburg, Caitlin McGinn, and Colin Riehl |

6. Minutes reserved for rebuttal (appellant / petitioner only): N/A (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: N/A

   B. Total number of minutes (in whole minutes only) to be shared: N/A

   C. Your arguing sequence (e.g., 1st, 2nd, etc.): N/A

   D. Your assigned minutes (in whole minutes only): N/A

   **If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

   Docketing Instructions:
   Event Category: **Argument**; Event: **Argument Acknowledgment**

   ---

   **CERTIFICATE OF SERVICE**

   I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

   *Updated 4/3/24*